**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


Donald L. Brown


                    Plaintiff,
                                              CIVIL ACTION NO. 1:24-13049-LTS
          V.


Equifax Information Services LLC et al


                    Defendants


## ORDER OF DISMISSAL


Sorokin, D. J.


        In accordance with the Court's ORDER dated March 10, 2025, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.


                                     By the Court,


3/11/2025                            /s/ Samantha Dore
   Date                                 Deputy Clerk